IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NOAH DABE CLARK,

    Plaintiff,

v.

                                                                                                                  Case No. 19-cv-140-jdp

OFFICER KEVIN REINIKAIN AND
MULITPLE UNKNOWN RICE LAKE
POLICE OFFICERS/DEPUTYS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |